Alan E. Friedman (SBN 47839)
aefriedman@jonesday.com
Daniel J. McLoon (SBN 109598)
djmcloon@jonesday.com
Orian J. Lee (SBN 247479)
olee@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiff
PRICEGRABBER.COM, INC.

David R. Shaub (SBN 032322)
dave@sw-law.com
Lisbeth Bosshart Merrill (SBN 201822)
lmerrill@sw-law.com
Cassandra M. Lamb (SBN 270227)
cassandra@sw-law.com
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)

Attorneys for Defendant
UNISTER GMBH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICEGRABBER.COM, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNISTER GMBH, a Germany corporation,<br><br>　　　　Defendant. | Case No. CV 10-09580 SJO(MANx)<br><br>Assigned for all purposes to the Hon. S. James Otero<br><br>**STIPULATION RE PROPOSED ORDER COMPELLING UNISTER TO PRODUCE ITS 30(B)(6) DESIGNEES FOR DEPOSITION IN LOS ANGELES** |

LAI-3156686v1

## STIPULATION

WHEREAS the Court heard and ruled on Plaintiff PriceGrabber.com, Inc.'s Motion To Compel Depositions To Be Held In Los Angeles on December 29, 2011;

WHEREAS the Court directed Plaintiff's counsel to prepare a proposed order and to confer with Defendant's counsel regarding the form of the proposed order;

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE** that the Court's order should be in the form of the Proposed Order attached hereto as <u>Exhibit A</u>.

Dated:  December 29, 2011     JONES DAY

By  /s/ Orian J. Lee
       Orian J. Lee

Attorneys for Plaintiff
PRICEGRABBER.COM, INC.

Dated:  December 29, 2011     SHAUB & WILLIAMS LLP

By  /s/ Lisbeth Bosshart Merrill
       Lisbeth Bosshart Merrill

Attorneys for Defendant
UNISTER GMBH

LAI-3156686v1

- 2 -

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| PRICEGRABBER.COM, INC., a Delaware corporation, | Case No. CV 10-09580 SJO(MANx) |
|---|---|
| Plaintiff, | Assigned for all purposes to the Hon. S. James Otero |
| v. | **[PROPOSED] ORDER COMPELLING UNISTER TO PRODUCE ITS 30(B)(6) DESIGNEES FOR DEPOSITION IN LOS ANGELES** |
| UNISTER GMBH, a Germany corporation, | |
| Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

LAI-3156687v1

# [PROPOSED] ORDER

Plaintiff PriceGrabber.com, Inc. ("PriceGrabber") filed its Motion To Compel Depositions To Be Held In Los Angeles on December 14, 2011 ("Motion"). The Court, having considered the Motion, the opposition thereto, other pleadings and filings in this action, and having heard the arguments of counsel, and good cause appearing, the Court **HEREBY ORDERS** as follows:

1. The deposition of Defendant Unister GmbH ("Unister") under Fed. R. Civ. Proc. 30(b)(6) shall take place in Los Angeles, California, United States of America;

2. PriceGrabber and Unister shall each bear half of Unister's 30(b)(6) designees' reasonable travel and lodging costs in connection with the 30(b)(6) deposition of Unister;

3. The 30(b)(6) deposition of Unister shall take place at a time and place, prior to the discovery cutoff and in Los Angeles, that is mutually acceptable to the parties.

**IT IS SO ORDERED.**

Dated: _____    By _____
                              Hon. Margaret A. Nagle
                              United States Magistrate Judge

LAI-3156687v1

- 1 -